**STATE of Missouri, Respondent,**

v.

**Howard Arthur FINKE, Appellant.**

**No. WD 42579.**

Missouri Court of Appeals, Western District.

Sept. 25, 1990.

Byron Neal Fox, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Defendant appeals from parole revocation and sentencing after a guilty plea.

The appeal is dismissed. Rule 84.16(b).